UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DR. UMAIMA JAMALUDDIN, MD,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00056<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO FILE THE RESPONSIVE PLEADING; ORDER CONTINUING SCHEDULING CONFERENCE**<br>**(Doc. 5)** |

Good cause appearing, the court grants Defendant Dr. Umaima Jamaluddin, MD's motion for an extension of time to file her responsive pleadings to Plaintiff's Complaint and move the currently scheduled Mandatory Settlement Conference. Defendant Jamaluddin will have additional time to file her responsive pleading, up to and including April 15, 2021. The Mandatory Scheduling Conference shall be moved to May 14, 2021 at 8:30 a.m.

IT IS SO ORDERED.

　　Dated:　__March 17, 2021__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE