UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. UMAIMA JAMALUDDIN, MD,<br><br>Defendant. | Case No. 1:21-cv-00056 NONE JLT<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR AN EXTESNION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>**(Doc. 7)** |

Good cause appearing, the court grants Defendant Dr. Umaima Jamaluddin, M.D.'s Motion[1] for Second Extension of Time to File Responsive Pleading. Defendant Jamaluddin will have additional time to file her responsive pleading to Plaintiff's Complaint, up to and including May 10, 2021. The Mandatory Scheduling Conference shall be moved from May 14, 2021 to June 11, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated: __**April 13, 2021**__                         _ /s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Any further request for additional time SHALL be via stipulation or by properly noticed motion.

{00430488;1}                          [~~PROPOSED~~] ORDER