UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. UMAIMA JAMALUDDIN,<br><br>Defendant. | Case No.: 1:21-cv-00056-BAK (BAM)<br><br>ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE<br><br>(Doc. No. 27) |

The Court has before it the Joint Motion for Entry of Consent Decree filed by Plaintiff the United States of America and Defendant Umaima Jamaluddin, M.D. (collectively, "the Parties"). Upon consideration of the terms of the Consent Decree, and in light of the Parties' agreement, IT IS HEREBY ORDERED that:

1. The Parties' Joint Motion for Entry of Consent Decree (Doc. No. 27) is GRANTED;[1]

2. All pending dates set forth in the Scheduling Order entered on June 7, 2021 (Doc. No. 11) are VACATED; and

///

///

///

---

[1] The Consent Decree will be entered separately on the docket.

1

3. This Court will retain jurisdiction to enforce the terms of the Consent Decree and will be the sole venue for any dispute arising thereunder.

IT IS SO ORDERED.

Dated:  **March 18, 2022**          /s/ *Barbara A. McAuliffe*         
                                    UNITED STATES MAGISTRATE JUDGE

2