UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DR. UMAIMA JAMALUDDIN,<br><br>Defendant. | Case No.: 1:21-cv-00056-BAK (BAM)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

Pursuant to the parties' joint motion, the Court has entered a Consent Decree in this case. (Doc. Nos. 27, 31.) Accordingly, the Clerk of Court is respectfully directed to administratively close this case, subject to reopening pursuant to the Court's reservation of jurisdiction to enforce the terms of the Consent Decree.

IT IS SO ORDERED.

Dated:   **March 21, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1